FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2022 JUL 28 AM 10:24

Item

"A"

Takata Settlement

Claim Status

1-888-735-5596 2021 Main (/en) | Español (/es/Status/Results)

# In Re: Takata Airbag Products Liability Litigation

## BMW, Ford, Honda, Mazda, Nissan, Subaru, and Toyota Settlements (/en)

No. 15-MD-2599-FAM

## Claim Status

(/en/Status/LogOut)

Based on the information you provided, we located the following:

Claimant Last Name: MCNEAL

| Submission Date | Registration/Claim Number | Vehicle Make | Last 4 digits of VIN | Residual Payment Status | Out-of-Pocket Reimbursement Status |
|---|---|---|---|---|---|
| November 28, 2017 | 870031791 | Nissan | 0554 | Pending Performance of Takata Airbag Recall or Recall Remedy | Pending Performance of Takata Airbag Recall or Recall Remedy |

Original Claim Status

Please refer to the below key regarding the above displayed status:

"03/22/2021" PG 7 →

# In Re: Takata Airbag Products Liability Litigation

## Nissan Settlement (/en/Nissan)

No. 15-MD-2599-FAM

Welcome to the Informational Website for the Nissan Settlement

**UPDATE: Appeals to the Final Approval Order have been dismissed by the Court of Appeal for the Eleventh Circuit. The Court has established the Effective Date for the Nissan Settlement as July 31, 2018.**

A $97.7 million settlement has been proposed with Nissan Motor Company, Ltd., and Nissan North America, Inc. (collectively, "Nissan"). The settlement resolves claims that Nissan manufactured, distributed, or sold certain vehicles containing allegedly defective inflators manufactured by Takata Corporation and TK Holdings, Inc. that allegedly could, upon deployment, rupture and expel debris or shrapnel into the occupant compartment or otherwise affect the airbag's deployment, and that the Plaintiffs sustained economic losses as a result. The Court preliminarily approved the settlement on September 6, 2017 and issued the preliminary approval order that was docketed on September 18, 2017.

Nissan denies and continues to deny that it has violated any law, denies liability, and denies that it engaged in any and all wrongdoing with respect to the manufacture, distribution, or sale of the Subject Vehicles. Both sides in the lawsuit agreed to a settlement in order to increase recall completion rates and to avoid the cost and risk of further litigation, with the goal of enhanced customer satisfaction.

This economic loss class action Settlement Class includes:

- All persons or entities who or which owned and/or leased, on September 19, 2017, Subject Vehicles distributed for sale or lease in the United States or any of its territories or possessions; and
- All persons or entities who or which formerly owned and/or leased Subject Vehicles distributed for sale or lease in the United States or any of its territories or possessions, and who or which sold or returned, pursuant to a lease, the Subject Vehicles after April 11, 2013, and through September 19, 2017.

**This proposed Settlement does not involve claims for personal injury or property damage to any property other than the Subject Vehicles.**

**Important Note:** Some vehicles included in the settlement will be recalled at a later date and others may not require a recall. Your receipt of a Settlement Notice does not mean your vehicle is subject to a recall. Please refer to the National Highway Traffic Safety Administration's website, www.safercar.gov (https://www.safercar.gov), for the latest information about Takata recalls and to determine if your vehicle is subject to a recall.

Check Claim Status (/en/Status)

## Important Dates

**September 19, 2017**
Preliminary Approval Hearing

**January 8, 2018**
Exclusion (Opt-Out) Deadline

**January 8, 2018**
Objection Deadline

**February 7, 2018**
Final Approval ("Fairness") Hearing

**July 31, 2018**
Effective Date of the Settlement

**July 31, 2019**
End of Settlement Program Year 1

**August 1, 2019**
Start of Settlement Program Year 2

**Quarter 1, 2020**
Residual Distribution for Claimants Determined to Be Eligible

Amended

**EXHIBIT 9 – SUBJECT VEHICLES**

| | |
|---|---|
| 2001 - 2003 | Nissan Maxima |
| 2002 - 2004 | Nissan Pathfinder |
| 2001 - 2004 | Infiniti I30/I35 |
| 2002 - 2006 | Nissan Sentra |
| 2002 - 2003 | Infiniti QX4 |
| 2003 - 2008 | Infiniti FX35/45 |
| 2006 - 2010 | Infiniti M35/45 |
| 2007 - 2017 | Nissan Versa Sedan |
| 2007 - 2012 | Nissan Versa Hatchback |
| 2009 - 2017 | Infiniti QX56/QX80 |
| 2013 - 2017 | Nissan Altima |
| 2014 - 2017 | Nissan Versa Note |
| 2013 - 2017 | Nissan NV 200 |
| 2013 - 2017 | Nissan NYTaxi |
| 2008 - 2018 | Nissan 370Z / 370Z Roadster |
| 2009 - 2014 | Nissan Cube |
| 2010 - 2017 | Nissan NV |
| 2013 - 2017 | Nissan Armada |
| 2013 - 2017 | Nissan Titan |
| 2014 - 2017.5 | Nissan Rogue |
| 2016 - 2017 | Nissan Maxima |
| 2017 - 2018 | Infiniti QX30 |

3/22/2021