Item "C"

Nissan Denial Service Airbags

Proof of service Accepted.

#1 01/30/18
Oil chang.
Brake fluid.

CUSTOMER #: 286485

82955NA

*INVOICE*

PAGE 1

**IT HAS TO BE NALLEY**
NISSAN OF ATLANTA
2851 The Nalley Way
Atlanta, GA 30360
Main Phone (770) 455-1889
Toll Free (866) 202-0478
www.nalleycars.com

SONYA YOUVETT MCNEAL
4457 NORTHRIDGE TRL
ELLENWOOD, GA 30294-2463
HOME: 678-508-6617  CONT: 678-508-6617
BUS: 404-436-9183  CELL: 678-508-6617

SERVICE ADVISOR: 982684 LAURENCE HECHT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| QM1/ | 15 | NISSAN VERSA | 3N1CN7AP0FL880554 | | 81689/81689 | T509 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19JAN15 DD | | | WAIT 30JAN18 | | | CASH | 30JAN18 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK: FL880554 DLR: 5107 ENG: 1.6 Liter |
|---|---|---|
| 11:46 30JAN18 | 13:13 30JAN18 | TRN: AUTOMATIC |

LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL

C $39.95 Conventional Oil and Filter Change
  MA9 $39.95 Conventional Oil and Filter Change
    984914  CPM  0.30                                            16.45    16.4
  1 11026-JA00A WASHER DRAIN                        0.22        0.22      0.2
  1 15208-65F0E OIL FILTER                          8.53        8.53      8.5
  5 CONO5W30 CONVEN 5W30 PENSOIL                    2.95        2.95     14.7
PARTS:     23.50  LABOR:      16.45  OTHER:        0.00  TOTAL LINE C:   39.9
complete

*************************************************

D Brake Fluid Exchange
  VPS409 Brake Fluid Exchange
    984914  CPM  1.00                                           100.00   100.0
    Adjustment                                                  -25.00   -25.0
  1 608334 VALVOLINE BRAKE FLUSH                   49.95       49.95     49.9
PARTS:     49.95  LABOR:     100.00  OTHER:       25.00  TOTAL LINE D:  124.9
complete

*************************************************

E Tires - Rotate and Balance
  MA41 Tires - Rotate and Balance
    984914  CPM  0.80                                           39.95    39.9
PARTS:      0.00  LABOR:      39.95  OTHER:        0.00  TOTAL LINE E:   39.9
complete

*************************************************

F COURTESY EXTERIOR WASH
  CW COURTESY EXTERIOR WASH
    984914  CPC  0.00                                            0.00     0.0
PARTS:      0.00  LABOR:       0.00  OTHER:        0.00  TOTAL LINE F:    0.0

*************************************************

EST: 232.44           30JAN18 11:46  SA: 982684

SHOP SUPPLIES                                                            21.1

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

*SHOP SUPPLY COSTS:* We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $35.00, to the Repair Order for shop supplies used in connection with this repair. (Does not include Oil Changes).

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| ADJUSTMENT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DATE   CUSTOMER SIGNATURE           AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

REMIT TO: 445 Atlanta South Pkwy, Suite 1:
College Park, GA 30349

# IT HAS TO BE NALLEY
## NISSAN OF ATLANTA

2551 The Nalley Way
Atlanta, GA 30360
Main Phone (770) 465-1669
Toll Free (866) 202-0478
www.nalleycars.com

CUSTOMER #: 286485                82955NA

SONYA YOUVETT MCNEAL             *INVOICE*
4457 NORTHRIDGE TRL
ELLENWOOD, GA 30294-2463         PAGE 2
HOME:678-508-6617 CONT:678-508-6617
BUS: 404-436-9183 CELL:678-508-6617   SERVICE ADVISOR: 982684 LAURENCE HECHT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| QM1/ | 15 | NISSAN VERSA | 3N1CN7AP0FL880554 | | 81689/81689 | T509 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO.NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19JAN15 DD | | | WAIT 30JAN18 | | | CASH | 30JAN18 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:FL880554 DLR:5107 ENG:1.6 Liter |
|---|---|---|
| 11:46 30JAN18 | 13:13 30JAN18 | TRN:AUTOMATIC |

LINE OPCODE TECH TYPE HOURS                              LIST        NET       TOTA

RDC CREATED 2018-01-30
10:36:00AM TAKEN BY STEP HANIE
DAVIS

*[handwritten notes:]*
90,000 miles
Alyn 8999
Cyn Air filter 39.95
in Cab. Filter 49.95

STATE                                                                           5.1

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 156.4 |
| PARTS AMOUNT | 73.4 |
| ADJUSTMENT | -25.0 |
| SUBLET AMOUNT | 0.0 |
| MISC. CHARGES * | 21.1 |
| TOTAL CHARGES | 225.9 |
| LESS INSURANCE | 0.0 |
| SALES TAX | 5.1 |
| PLEASE PAY THIS AMOUNT | 231.1 |

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform, the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

*SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $35.00, to the Repair Order for shop supplies used in connection with this repair. (Does not include Oil Changes).

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

REMIT TO: 445 Atlanta South Pkwy, Suite 13
College Park, GA 30349

Nalley Nissan of Atlanta
2551 The Nalley Way
Atlanta, GA 30360
770-455-1000

01/30/18 01:50 PM
MID: 372405548887
TLI: 00000044
App: AMERICAN EXPRESS
Card Account: XXXXXXXXXXX1004
Card Exp: XX/XX
Customer : 286485
TranIdent: 82855NA
Station: ATL-NI-SV-WS-09
Name: MCVEAL/SONYA
Entry: Chip
Transaction Type: SALE
Tran Serial #: 222013579
Auth Code: 869882
Amount $231.10


Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: 064A010360A002
TSI: F800
ARC: 00

I agree to pay the indicated amount and
to be bound by the terms of the card
member agreement

#2-2018

*Note keep copy in vehicle*

CUSTOMER #: 286485

91146NA

*INVOICE*

**IT HAS TO BE NALLEY**
NISSAN OF ATLANTA
2551 The Nalley Way
Atlanta, GA 30360
Main Phone (770) 455-1669
Toll Free (866) 202-0478
www.nalleycars.com

SONYA YOUVETT MCNEAL
4457 NORTHRIDGE TRL
ELLENWOOD, GA 30294-2463
HOME:678-508-6617 CONT:678-508-6617
BUS: 404-436-9183 CELL:678-508-6617

PAGE 1

SERVICE ADVISOR: 982684 LAURENCE HECHT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| QM1/ | 15 | NISSAN VERSA | 3N1CN7AP0FL880554 | | 85341/85341 | T5392 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19JAN15 DD | | | WAIT 27APR18 | | | CASH | 27APR18 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:FL880554 DLR:5107 ENG:1.6_Liter |
|---|---|---|
| 14:49 27APR18 | 16:28 27APR18 | TRN:AUTOMATIC |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A 4 WHEEL ALIGNMENT | | | |
| FS02 DEFAULT | | | |
| 984914 CPC 1.20 | | 89.95 | 89.95 |
| ADJ Adjustment | | -60.00 | -60.00 |
| PARTS: 0.00 LABOR: 89.95 OTHER: -60.00 TOTAL LINE A: | | | 29.95 |
| C NISSAN MULTI POINT INSPECTION | | | |
| 55NIZINSP DEFAULT | | | |
| 984914 CPC 0.00 | | 0.00 | 0.00 |
| PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: | | | 0.00 |
| D MOUNT AND BALANCE 4 BRIDGESTONE TIRES OETIR02944 | | | |
| CAUSE: MOUNT & BALANCE 4 TIRES | | | |
| C5D MOUNT & BALANCE 4 TIRES | | | |
| 984914 CPC 1.20 | | 72.00 | 72.00 |
| 3 OETIR-02944 BRIDGESTONE P185/65R15 86H | 97.66 | 97.66 | 292.98 |
| 3 TD Tire Disposal | 2.00 | 2.00 | 6.00 |
| 3 TT State Fee - Tire | 1.00 | 1.00 | 3.00 |
| 1 TIRE TIRE PROMO | 1.29 | 1.00 | 1.00 |
| 1 TD Tire Disposal | 2.00 | 2.00 | 2.00 |
| 1 TT State Fee - Tire | 1.00 | 1.00 | 1.00 |
| PARTS: 293.98 LABOR: 72.00 OTHER: 12.00 TOTAL LINE D: | | | 377.98 |
| E 4TH TIRE FOR $1.00 PROMO | | | |
| C5A1 4TH TIRE FOR $1.00 PROMO | | | |
| 984914 CPM 0.00 | | 0.00 | 0.00 |
| ADJ Adjustment | | -75.00 | -75.00 |
| 1 OETIR-02944 BRIDGESTONE P185/65R15 86H | 97.66 | 76.00 | 76.00 |
| PARTS: 76.00 LABOR: 0.00 OTHER: -75.00 TOTAL LINE E: | | | 1.00 |
| F $39.95 Conventional Oil and Filter Change | | | |
| MA9 $39.95 Conventional Oil and Filter Change | | | |
| 984914 CPC 0.30 | | 14.45 | 14.45 |
| 1 11026-JA00A WASHER DRAIN | 0.69 | 0.69 | 0.69 |

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

*SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $35.00, to the Repair Order for shop supplies used in connection with this repair. (Does not include Oil Changes).

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| ADJUSTMENT | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

REMIT TO: 445 Atlanta South Pkwy, Suite 13
College Park, GA 30349

**OMER #: 286485**

**91146NA**

**IT HAS TO BE NALLEY**
**NISSAN OF ATLANTA**

SONYA YOUVETT MCNEAL
4457 NORTHRIDGE TRL
ELLENWOOD, GA 30294-2463
HOME: 678-508-6617  CONT: 678-508-6617
BUS: 404-436-9183  CELL: 678-508-6617

*INVOICE*

PAGE 2

2551 The Nalley Way
Atlanta, GA 30360
Main Phone (770) 455-1669
Toll Free (866) 202-0478
www.nalleycars.com

SERVICE ADVISOR: 982684 LAURENCE HECHT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| QM1/ | 15 | NISSAN VERSA | 3N1CN7AP0FL880554 | | 85341/85341 | T5392 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O.NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 19JAN15 DD | | | WAIT 27APR18 | | | CASH | 27APR18 |

R.O. OPENED    READY    OPTIONS: SOLD-STK:FL880554 DLR:5107 ENG:1.6_Liter
                         TRN:AUTOMATIC

14:49 27APR18   16:28 27APR18

LINE OPCODE TECH TYPE HOURS                          LIST       NET      TOTAL
  15208-65F0E OIL FILTER                             9.47       9.47       9.4
  5 CONO5W30 CONVEN 5W30 PENSOIL                     2.95       2.95      14.7
PARTS:    24.91  LABOR:      14.45  OTHER:    0.00  TOTAL LINE F:         39.3

G SAVE BEST OLD TIRE FOR CUSTOMER-PUT IN TRUNK
  MISC MISC. CHARGE
     984914  CPC  0.00                                          0.00      0.0
PARTS:     0.00  LABOR:       0.00  OTHER:    0.00  TOTAL LINE G:          0.0

H WASH AND VACCUM
  CW COURTESY EXTERIOR WASH
     984914  CPC  0.00                                          0.00      0.0
PARTS:     0.00  LABOR:       0.00  OTHER:    0.00  TOTAL LINE H:          0.0

EST: 17.88         27APR18 14:49  SA: 982684

SHOP SUPPLIES                                                            14.0
  CREATED 2018-04-24 10:59:00
  TAKEN BY $10 OF F LOF

STATE                                                                    27.6

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

*SHOP SUPPLY COSTS:* We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $35.00, to the Repair Order for shop supplies used in connection with this repair. (Does not include Oil Changes).

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 176.4 |
| PARTS AMOUNT | 394.8 |
| ADJUSTMENT | -135.0 |
| SUBLET AMOUNT | 0.0 |
| MISC. CHARGES * | 26.0 |
| TOTAL CHARGES | 462.3 |
| LESS INSURANCE | 0.0 |
| SALES TAX | 27.6 |
| PLEASE PAY THIS AMOUNT | 490.0 |

DATE   CUSTOMER SIGNATURE           AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

REMIT TO: 445 Atlanta South Pkwy, Suite 1

...wn of Atlanta
...Nalley Way
..., GA 30360
...455-1669

04/27/18 04:43 PM
MID: 372405548887
TLI: 00000044
Card Type: MC
Card Account: XXXXXXXXXXXX2098
Card Exp: XX/XX
Customer : 2988485
TranIdent: 91146NA
Station: ATL-NI-SV-WS-09
Name: MCNEAL/SONYA Y.MS
Entry: Swiped
Transaction Type: DEBIT
Debit Serial: 8565
Tran Serial #: 248425609
Auth Code: 332038
Amount $490.02


\*\*\* NO SIGNATURE REQUIRED \*\*\*

Appointment
Nissan
May 18, 2021

**Confirmation Code:** X043V693J7

**Date and Time:** May 18, 2021 11:45:00 AM

**Vehicle:** 2015 NISSAN VERSA

**VIN:** 3N1CN7AP0FL880554

**Advisor:** Main Shop Service

**Requested Arrangement:** Waiting while work is performed

**Repair Services:**
Tell Us More
• 1. Takata Airbag Repair 2. Front Brakes (Replace Front Brake Pad and Resurface Rotors) 3. Wash and Vac

**Notes:**
• 1. Takata Airbag Repair 2. Front Brakes (Replace Front Brake Pads and Resurface Rotars 3. Wash and Vac

Did you know that you can manage your appointment online? Click the button below to make adjustments to your reservation, or you can reach us at **(770) 626-7380**.

MANAGE SERVICE

We look forward to providing you with the highest level of service.

Sincerely,

**Mike Rezi Nissan Atlanta**
2551 The Nalley Way
Atlanta, Georgia 30360
(770) 626-7380
Website | Nito to Dealer

Subject: Appointment Reminder: Mike Rezi ^_Nissan^_ Atlanta appointment on May 18, 2021 11:45:00 AM
To: [<mspoetlyrics@yahoo.com>]
From: mrowland@mikerezinissan.com <mrowland@mikerezinissan.com>
Date: Mon, May 17, 2021 at 5:48 PM





Hello Sonya Mcneal,

We know that you haven't forgotten, but we thought you would appreciate a quick reminder for your upcoming appointment. Our factory-trained Certified Technicians will take great care of your vehicle.

For your convenience you can add this appointment time to your calendar using the attached file, if present, or by clicking the button below:

**Subject:** Re: Sonya McNeal- Refund
**To:** [Micah Rowland <mrowland@mikerezinissan.com>]
**From:** Sonya McNeal <mspoetlyrics@yahoo.com>
**Cc:** [Ashley Whitford <awhitford@mikerezinissan.com>]
**Date:** Sat, Apr 3, 2021 at 1:46 PM

Appointment Nissan. March 30, 2021

Thank you, I will proceed with the recommended services for my vehicle by the service advisor: Sean Joyner.

Sonya McNeal

On Tuesday, March 30, 2021, 02:06:26 PM EDT, Micah Rowland <mrowland@mikerezinissan.com> wrote:

Sonya, .

Thank you for sharing. We will need to have you visit the store so you can meet with the Service manager directly to review the services with you. This will be the only way to issue a refund.

Are you able to do this before tomorrow evening?

-Micah Rowland
-BDC Director
-Mike Rezi Nissan
-470-550-5877 (Direct)
-931-212-9798 (Cell)

**MIKE REZI**

— — —Micah

"Leaders think and talk about THE solutions. Followers think and talk about THE problems." -Brian Tracy

From: mspoetlyrics <mspoetlyrics@yahoo.com>
Sent: Tuesday, March 30, 2021 2:04 PM
To: Micah Rowland <mrowland@mikerezinissan.com>
Subject: RE: Sonya McNeal- Refund

March 30, 2021

Greetings:

Scheduled car repairs not done.

1. Front Wheel Alignment
2. Oil Change
3. Tires Rotation
4. Tires Balance
5. Emissions
6. Wash/Vacuum

$179.00- please return for none fulfilled service

404-849-1520