# Item "D"

# Communication via Emails

Auto Airbag Settlement
Settlement Special Administrator
P.O. Box 3207
Portland, OR 97208-3207

Toll-Free: 1-888-735-5596
Email: info@AutoAirbagSettlement.com
Website: www.AutoAirbagSettlement.com



*9674557042540*
000 0000001 00000000 0001 0001 01895 INS:
SONYA Y MCNEAL
4457 NORTHRIDGE TRL
ELLENWOOD GA 30294-2463

Tracking Number: 23032964
Claim Number: 870031791
VIN: 3N1CN7AP0FL880554

March 31, 2020

### Notice of Ineligible Registration/Claim Form – We Have No Record That You've Had Your Takata Airbag Fixed

Dear Claimant:

We received your Registration/Claim Form in the Auto Airbag Settlement for the car with the Vehicle Identification Number ("VIN") listed above. Unfortunately, it does not look like you have had the Takata airbag in your car fixed, yet, and you are not eligible for settlement benefits until that repair has been completed.

Your claim will be reconsidered if you bring your car to a Nissan/Infiniti Dealer and have your Takata airbag fixed. This potentially lifesaving repair is **FREE**, and parts are available now. A **FREE** loaner car, towing service, or other alternative transportation may be available to assist with any inconvenience this repair may cause. Please immediately call 1-844-544-3078 to schedule the **FREE** repair.

Once the airbag repair has been completed, you do not need to do anything else to have your claim for payment considered and processed. The Settlement Special Administrator will periodically check which cars have had the repair completed, and once a repair is confirmed, claims will proceed accordingly.

Important Note: It may take up to 45 days to confirm that a repair has been completed. If you believe you have received this notice in error because you have already had your Takata airbag fixed, please email or mail in supporting documentation with a copy of your original notice.

If you have any questions about this notice, please contact us via the email address, or toll-free number, at the top of this notice. More information can also be found at www.AutoAirbagSettlement.com.

Sincerely,

Auto Airbag Settlement
Settlement Special Administrator

X0301 v.05



| | |
|---|---|
| Subject | Re: Re: Claim #870031791 - Sonya McNeal |
| To: | [info@AutoAirbagSettlement.com <info@AutoAirbagSettlement.com>] |
| From | Sonya McNeal <mspoetlyrics@yahoo.com> |
| Date | Mon, Mar 22, 2021 at 4:59 PM |

March 22, 2021

Takata Airbag Litigation

***Never Received Letter***

Please provide an ETA on when the letter was mailed in reference to the claim information as follows:

Based on the information you provided, we located the following:

Claimant Last Name: MCNEAL

| Submission Date | Registration/Claim Number | Vehicle Make | Last 4 digits of VIN | Residual Payment Status | Out-of-Pocket Reimbursement Status |
|---|---|---|---|---|---|
| November 28, 2017 | 870031791 | Nissan | 0554 | Pending Performance of Takata Airbag Recall or Recall Remedy | Pending Performance of Takata Airbag Recall or Recall Remedy |

Definition
**Pending Performance of Takata Airbag Recall or Recall Remedy:**
A notice letter has been sent to the address of record, regarding the claim and the status of the airbag recall or repair associated with the vehicle. If you have questions about the letter, or have not yet received the letter, please contact the Settlement Special Administrator.

Thank you,

Sonya McNeal
404-849-1520

**Subject** RE: Re: Re: Claim #870031791 - Sonya McNeal
**To** [mspoetlyrics@yahoo.com <mspoetlyrics@yahoo.com>]
**From** info@autoairbagsettlement.com <info@autoairbagsettlement.com>
**Date** Thu, Apr 1, 2021 at 9:57 AM

Dear Sonya McNeal,

Thank you for your patience while we researched your inquiry.

Our records indicate we mailed a Notice of No Remedy Letter on March 31, 2020 to the 4457 NORTHRIDGE TRL address.

You may respond to the Notice with documentation proving your airbag has been repaired due to a Takata Airbag Inflator Recall. Examples of the types of documentation that may prove that a repair was conducted due to a Takata Airbag Inflator Recall include a copy of the notice you received from the vehicle manufacturer to take your vehicle to an authorized retailer for the Recall Remedy and a copy of the Service Record/Repair Invoice from the retailer.

Please submit this letter/documentation to the case inbox at info@autoairbagsettlement.com or at the following address:

Auto Airbag Settlement
Settlement Notice Administrator
PO Box 3207
Portland, OR 97208-3207

Regards,

Smitha A.
Auto Airbag Settlement Notice Administrator

---------- Original Message ----------
From: mspoetlyrics@yahoo.com
Received: 3/22/2021 1:59 PM
To: info@autoairbagsettlement.com; Takata Settlement
Subject: Re: Re: Claim #870031791 - Sonya McNeal

March 22, 2021

Takata Airbag Litigation

***Never Received Letter***

Please provide an ETA on when the letter was mailed in reference to the claim information as follows:

Based on the information you provided, we located the following:

Claimant Last Name: MCNEAL

| Submission Date | Registration/Claim Number | Vehicle Make | Last 4 digits of VIN | Residual Payment Status | Out-of-Pocket Reimbursement Status |
|---|---|---|---|---|---|
| November 28, 2017 | 870031791 | Nissan | 0554 | Pending Performance of Takata Airbag Recall or Recall Remedy | Pending Performance of Takata Airbag Recall or Recall Remedy |

**Definition**
**Pending Performance of Takata Airbag Recall or Recall Remedy:**
A notice letter has been sent to the address of record, regarding the claim and the status of the airbag recall or repair associated with the vehicle. If you have questions about the letter, or have not yet received the letter, please contact the Settlement Special Administrator.

Thank you,

Sonya McNeal
404-849-1520

Subject: RE: Re: Claim #870031791 - Sonya McNeal
To: [info@autoairbagsettlement.com <info@autoairbagsettlement.com>]
From: mspoetlyrics <mspoetlyrics@yahoo.com>
Date: Tue, Apr 13, 2021 at 5:02 PM

Update: Apologize the mail was stolen 2021, however the NHTSA-Federal Rule (49CFRpart571) states 10 years on a safety recall.

Will schedule an appointment ASAP.

Thank you,

Sonya McNeal
404-849-5120
(mspoetlyrics@yahoo.com)

------ Original message ------
From: info@autoairbagsettlement.com
Date: 4/12/21 12:02 PM (GMT-05:00)
To: mspoetlyrics@yahoo.com
Subject: RE: Re: Claim #870031791 - Sonya McNeal

Dear Sonya McNeal,

Thank you for your email.

We are looking into your inquiry and will get back to you as soon as possible.

Regards,

Smitha A.
Auto Airbag Settlement Notice Administrator

------ Original Message ------
From: mspoetlyrics@yahoo.com
Received: 4/7/2021 1:45 PM
To: info@autoairbagsettlement.com; Takata Settlement
Subject: Re: Claim #870031791 - Sonya McNeal

This letter attached... never received March 31, 2020, I would have taken care of it?

On Wednesday, April 7, 2021, 04:39:00 PM EDT, info@autoairbagsettlement.com <info@autoairbagsettlement.com> wrote:

Dear Sonya McNeal,

Thank you for your patience while we researched your record.

As per your request, please find attached the letter that was mailed to you on March 31, 2020.

Regards,

Smitha A.
Auto Airbag Settlement Notice Administrator

------ Original Message ------
From: mspoetlyrics@yahoo.com
Received: 4/1/2021 7:32 AM
To: info@autoairbagsettlement.com; Takata Settlement
Subject: RE: Re: Re: Claim #870031791 - Sonya McNeal

Never received it. Mail stolen please email response.

------ Original message ------
From: info@autoairbagsettlement.com
Date: 4/1/21 9:57 AM (GMT-05:00)
To: mspoetlyrics@yahoo.com
Subject: RE: Re: Re: Claim #870031791 - Sonya McNeal

Dear Sonya McNeal,

Thank you for your patience while we researched your inquiry.

Our records indicate we mailed a Notice of No Remedy Letter on March 31, 2020 to the 4457 NORTHRIDGE TRL address.

You may respond to the Notice with documentation proving your airbag has been repaired due to a Takata Airbag Inflator Recall. Examples of the types of documentation that may prove that a repair was conducted due to a Takata Airbag Inflator Recall include a copy of the notice you received from the vehicle manufacturer to take your vehicle to an authorized retailer for the Recall Remedy and a copy of the Service Record/Repair Invoice from the retailer.

Please submit this letter/documentation to the case inbox at info@autoairbagsettlement.com or at the following address:

Auto Airbag Settlement
Settlement Notice Administrator
PO Box 3207
Portland, OR 97208-3207

Regards,

Smitha A.
Auto Airbag Settlement Notice Administrator

---------- Original Message ----------
From: mspoollyrics@yahoo.com
Received: 3/22/2021 1:59 PM
To: info@autoairbagsettlement.com; Takata Settlement
Subject: Re: Re: Claim #870031791 - Sonya McNeal

March 22, 2021

Takata Airbag Litigation

***Never Received Letter***

Please provide an ETA on when the letter was mailed in reference to the claim information as follows:

Based on the information you provided, we located the following:

Claimant Last Name: MCNEAL

| Submission Date | Registration/Claim Number | Vehicle Make | Last 4 digits of VIN | Residual Payment Status | Out-of-Pocket Reimbursement Status |
|---|---|---|---|---|---|
| November 28, 2017 | 870031791 | Nissan | 0554 | Pending Performance of Takata Airbag Recall or Recall Remedy | Pending Performance of Takata Airbag Recall or Recall Remedy |

Definition
**Pending Performance of Takata Airbag Recall or Recall Remedy:**
A notice letter has been sent to the address of record, regarding the claim and the status of the airbag recall or repair associated with the vehicle. If you have questions about the letter, or have not yet received the letter, please contact the Settlement Special Administrator.

Thank you,

Sonya McNeal
404-849-1520

**Subject:** RE: Re: Claim #870031791 - Sonya McNeal
**To:** [mspoetlyrics@yahoo.com <mspoetlyrics@yahoo.com>]
**From:** info@autoairbagsettlement.com <info@autoairbagsettlement.com>
**Date:** Fri, Apr 16, 2021 at 10:20 AM

Dear Sonya McNeal,

Thank you for your patience while we researched your inquiry.

If you still own or lease a Subject Vehicle, to be eligible for a payment from the Out-of-Pocket Claims Process or Residual Distribution from the Settlement Fur you must bring your vehicle to a dealership for the Takata Airbag Recall Remedy, if you have not already done so.

If your airbag is under recall, you should have it fixed immediately. If your airbag has been recalled and you still have your car, you must have it fixed before yo are eligible for any payment. To find out whether your car is subject to a recall, please refer to the National Highway Traffic Safety Administration's website, www.nhtsa.gov/recalls, there, you can enter in your VIN to see if there is a current recall.

The notification informs you that the VIN you provided on your Registration/Claim submission has not yet been verified/confirmed as being recalled and havir the Recall Remedy performed and completed on the VIN. The notice also provides instructions on how to get the free repair scheduled for the recalled vehicle

Once the airbag repair is completed, you will not need to do anything else to have your claim for payment considered and processed. The Settlement Special Administrator will periodically check which vehicles have had the Recall Remedy completed, and once a repair is confirmed, those claims will proceed accordingly.

Important Note: It may take up to 45 days to confirm that a repair has been completed. If you have recently completed the Recall Remedy for the vehicle listec your Registration/Claim submission, you may choose to disregard the notice.

Regards,

Smitha A.
Auto Airbag Settlement Notice Administrator

---------- Original Message ----------
From: mspoetlyrics@yahoo.com
Received: 4/7/2021 1:45 PM
To: info@autoairbagsettlement.com; Takata Settlement
Subject: Re: Claim #870031791 - Sonya McNeal

This letter attached... never received March 31, 2020, I would have taken care of it?

On Wednesday, April 7, 2021, 04:39:00 PM EDT, info@autoairbagsettlement.com <info@autoairbagsettlement.com> wrote:

Dear Sonya McNeal,

Thank you for your patience while we researched your record.

As per your request, please find attached the letter that was mailed to you on March 31, 2020.

Regards,

Smitha A.
Auto Airbag Settlement Notice Administrator

---------- Original Message ----------
From: mspoetlyrics@yahoo.com
Received: 4/1/2021 7:32 AM
To: info@autoairbagsettlement.com; Takata Settlement
Subject: RE: Re: Re: Claim #870031791 - Sonya McNeal

Never received it. Mail stolen please email response.

------ Original message ------
From: info@autoairbagsettlement.com
Date: 4/1/21 9:57 AM (GMT-05:00)
To: mspoetlyrics@yahoo.com
Subject: RE: Re: Re: Claim #870031791 - Sonya McNeal

Dear Sonya McNeal,

Thank you for your patience while we researched your inquiry.

Our records indicate we mailed a Notice of No Remedy Letter on March 31, 2020 to the 4457 NORTHRIDGE TRL address.

You may respond to the Notice with documentation proving your airbag has been repaired due to a Takata Airbag Inflator Recall. Examples of the types of documentation that may prove that a repair was conducted due to a Takata Airbag Inflator Recall include a copy of the notice you received from the vehicle manufacturer to take your vehicle to an authorized retailer for the Recall Remedy and a copy of the Service Record/Repair Invoice from the retailer.