IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TK Holdings Inc., et al. | ) | Bankruptcy Case No. 17-11375 (BLS) |
| | ) | |
| TK Holdings Inc., et al. | ) | BAP No. 22-00040 |
|     Debtor, | ) | |
| | ) | |
| Sonya McNeal | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-880 (RGA) |
| | ) | |
| TK Holdings Inc., et al. | ) | |
|     Appellee. | ) | |

**ORDER**

At Wilmington this 15th day of July, 2022, Appellant/Debtor having filed this appeal without prepayment of the filing fee or an application to proceed without prepayment of fees, IT IS ORDERED that within thirty (30) days from the date of this Order, Appellant/Debtor will pay the $298 filing fee, payable to the United States Bankruptcy Court for the District of Delaware (Office of Clerk, U.S. Bankruptcy Court, 824 Market Street, Wilmington, DE 19801), or submit a complete application to proceed without prepayment of fees (AO Form 239, copy attached) to the United States District Court (Office of Clerk, 844 N. King Street, Wilmington, DE, 19801). Appellant/Debtor's failure to comply with this Order may result in the dismissal of this appeal without prejudice.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE