

**Other Orders/Judgments**
1:22-cv-00880-RGA In Re: TK Holdings Inc., et al.

PRO-SE

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 7/15/2022 at 10:36 AM EDT and filed on 7/15/2022
**Case Name:** In Re: TK Holdings Inc., et al.
**Case Number:** 1:22-cv-00880-RGA
**Filer:**
**Document Number:** 3

**Docket Text:**
ORDER: Within thirty (30) days from the date of this Order, Appellant/Debtor will pay the $298 filing fee, payable to the United States Bankruptcy Court for the District of Delaware (Office of Clerk, U.S. Bankruptcy Court, 824 Market Street, Wilmington, DE 19801), or submit a complete application to proceed without prepayment of fees (AO Form 239, copy attached) to the United States District Court (Office of Clerk, 844 N. King Street, Wilmington, DE, 19801). Appellant/Debtors failure to comply with this Order may result in the dismissal of this appeal without prejudice (*Notice of Compliance deadline set for 8/15/2022). Signed by Judge Richard G. Andrews on 7/15/2022. (Attachments: # (1) AO Form 239) (nms)

**1:22-cv-00880-RGA Notice has been electronically mailed to:**

Mark David Collins    collins@rlf.com, ann-jerominski-2390@ecf.pacerpro.com, rbgroup@rlf.com

Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com

Michael J. Merchant    merchant@rlf.com, ann-jerominski-2390@ecf.pacerpro.com, rbgroup@rlf.com

Amanda Rose Steele    steele@rlf.com, ann-jerominski-2390@ecf.pacerpro.com, rbgroup@rlf.com

Brett Michael Haywood    haywood@rlf.com, ann-jerominski-2390@ecf.pacerpro.com, rbgroup@rlf.com

**1:22-cv-00880-RGA Filer will deliver document by other means to:**

Sonya McNeal
2897 N. Druid Hill Road, NE
PMB #536
Atlanta, GA 30329

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/15/2022] [FileNumber=4934096-0
] [08b46119601a906ab920990da1ac07be9a6f451829ede36782f0322ca57cc708ed3
4e669e69d4862d1603c74ffeb459372afa441b3523fca27c03823a9dce296]]
**Document description:** AO Form 239
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/15/2022] [FileNumber=4934096-1
] [3b05ee78a1db20349215fb2cfd3afeb06225beaf1ef9cb5df09d51f074230ffce1f
a03c0fbec79be8d2f3321202581528827adca77ff9d047547ae024a64bec9]]