July 26, 2022

Re: Explanation of Income Reported-2020-2022

The corona virus (COVID-19) pandemic has thrust our community into unknown territory. We recognize this is a frightening time and that many in our community have faced both health and economic impacts.

The last thing anyone wants is to lose a safe place to call home. I've suffered a job loss and substantial loss of income due to the COVID-19 pandemic. As a Self Employed Business Owner and an Essential Worker in the Healthcare Industry we're the frontline workers who have placed our lives on the line for the benefit of others.

On May 12, 2021, Heart-t-Heart Home HealthCare Services, LLC, officially stamped (DBA) The Exclusive XVI company, offering License Healthcare, Notary Public in Clayton County, Georgia; transitioning into Notary Signing Agent who has been trained to handle loan documents in (non-Escrow-States). Lenders and title companies hire Signing Agents as independent contractors to assist in the last step of the loan process and Self-Employed Documentations Specialist, responsible for the writing, distribution, collection, storage, and maintenance of important documents, property management with a passive income.

It is my hope that in the coming weeks and months our elected leaders will take steps to provide financial assistance to mitigate the hardships faced by our nation.

With sincerest appreciation,

Heart-to-Heart Home Healthcare Services, LLC

/s/ [signature]
Sonya McNeal/Owner