Sonya McNeal
2897 N. Druid Hills Rd NE
PMB-536
Atlanta, Georgia 30329

United States District Court (Office of Clerk)
844 N. King Street,
Wilmington, DE
19801

**FILED**
JUL 28 2022
US DISTRICT COURT
DISTRICT OF DELAWARE

FROM:
SONYA MCNEAL
4457 NORTHRIDGE TRL
Ellenwood GA 30294
US
(404) 849-1520

TO: United States District Court
ATTN Office of Clerk
844 N King St
Wilmington DE 19801

FedEx Ground
19801
9622 0019 0 (000 000 0000) 0 00 2760 2568 1747