IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TK Holdings Inc., et al. | ) | Bankruptcy Case No. 17-11375 (BLS) |
| | ) | |
| Sonya McNeal, | ) | BAP No. 22-00040 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 22-880 (RGA) |
| | ) | |
| TK Holdings Inc., et al., | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington this   2nd   day of August, 2022,

the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. No.4);

IT IS ORDERED that the application is **GRANTED**.


  /s/ Richard G. Andrews
UNITED STATE DISTRICT JUDGE