# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| TK HOLDINGS INC., *et al.*, | : | Bankruptcy Case No. 17-11375 (BLS) |
| Debtors. | : | Jointly Administered |
| | | |
| SONYA MCNEAL, | : | |
| Appellant, | : | BAP No. 22-00040 |
| v. | : | C.A. No. 22-880 (RGA) |
| TK HOLDINGS INC., *et al.*, | : | |
| Appellees. | : | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 19th day of August, 2022, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

**MOTION OF JOSEPH J. FARNAN, JR., AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, TO DISMISS APPEAL**

*/s/ Peter J. Keane*
Peter J. Keane (Bar No. 5503)

DOCS_DE:215005.3 82828/001

***TK HOLDINGS, INC.***
***Dist. Ct. Case No. 22-280 (RGA)***
***Service List for Motion to Dismiss***
***Sonya McNeal Appeal***
*01—Email*
*01-First Class Mail*

***Email and First Class Mail***
Sonya Y. McNeal, Esquire
2897 N. Druid Hill Road, NE
PMB #536
Atlanta, GA 30329
**Email: sonyamcneal20@gmail.com**